

# THE THIRTEENTH COURT OF APPEALS

---

## 13-17-00375-CR

---

Gerald James Hon
v.
The State of Texas

---

On Appeal from the 221st District Court
of Montgomery County, Texas
Trial Cause No. 16-03-03557-CR

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

May 17, 2018